IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEVI MANUELITO,**

      **Applicant,**

**v.**                               **No. CV 10-0228 MV/LAM**

**MICHAEL MARTINEZ, et al.**

      **Respondents.**

### ORDER TO CURE DEFICIENCY

Applicant submitted an application for writ of habeas corpus. The Court determines that the document is deficient as described in this order. Applicant is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee**.

   X   No filing fee ($5.00 habeas corpus) has been received.

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to § 1915:**

(1)   X   is not filed
(2)   ___   is missing affidavit
(3)   ___   is missing required financial information
(4)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(5)   ___   is missing an original signature by the prisoner
(6)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(7)   ___   An original and a copy have not been received by the Court. Only an original has been received.
(8)   ___   other _____

**III. Petition or Application**:

(1)   ___   is missing
(2)   ___   is not on proper form (must use our form Rev. 5/96)
(3)   ___   is missing an original signature by the prisoner
(4)   ___   is missing page nos. ___
(5)   ___   uses et al. instead of listing all defendants/respondents

(6)    __    An original and a copy have not been received by the Court.  Only an original has been received.
(7)    __    Sufficient copies to serve each defendant/respondent have not been received by the Court.
(8)    __    names in caption do not match names in text
(9)    __    other _____

Papers filed in response to this order must include the civil action number (CV 10-0228 MV/LAM) of this case.  Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in **dismissal** of this action without further notice.

**IT IS THEREFORE ORDERED** that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.

**IT IS FURTHER ORDERED** that the Clerk of the Court mail to Applicant, together with a copy of this order, the following form:  2 copies of a Motion for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that, **if Applicant fails to cure the designated deficiencies within thirty (30) days from the date of this order, this action may be dismissed without prejudice without further notice**.

**IT IS SO ORDERED.**

                                                  _____
                                                **HONORABLE LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**